James S. Coon
OSB# 771450
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone (503) 228-5222
Fax (503) 273-9175
E-mail: jcoon@tcnf.legal

Scott A. Sell
OSB# 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR 97204
Phone (503) 228-5222
Fax (503) 273-9175
Email: ssell@tcnf.legal

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| SILAS PARKER<br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>　　　　Defendant. | Case No.: 3:18-cv-00794-MC<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

　　　　Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,628.80 will be awarded and payable to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratlifl*, 560 U.S. 586 (2010),

and mailed to his attorney, Scott A. Sell, at Mr. Sell's address: 820 SW 2nd Ave Ste 200, Portland OR 97204. There are no costs or expenses.

Dated this 5th day of June, 2019.

                                                                s/Michael J. McShane
                                                                _____
                                                                United States District Judge

Presented by:
<u>Scott A. Sell</u>
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff